FILED
May 25, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHARLES GYLES ) <br> ) <br> Defendant. ) | Case No. CR. S-04-362 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHARLES GYLES , Case No.  CR. S-04-362 WBS  , Charge  Felon in Possession of Firearm  from custody, subject to the following conditions:

✔    Release on Personal Recognizance

___   Bail Posted in the Sum of $___

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

✔   (Other)    Defendant ordered released on 5/26/2005 from 10 am to 5 pm to attend his grandmother's funeral.  Mr. Gyles shall remain in the custody of Federal Investigator, Melvin Buford, while on release.

Issued at  Sacramento, CA  on  May 25, 2005  at  2:14 pm .

By _____
William B. Shubb
United States District Judge

Original - U.S. Marshal