QUIN DENVIR, Bar #49374
Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES GYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES GYLES,<br><br>　　　　　Defendant.<br>_____ | No. CR-S-04-362 WBS<br><br>**MODIFIED PROPOSED ORDER**<br><br>Judge: Hon. William B. Shubb |

　　　Defendant Charles Gyles, X-ref. 1551304, shall be released from the Sacramento County Jail on May 26, 2005, at 10:00 a.m. and shall be returned to the Sacramento County Jail no later than 5:00 p.m. on the same day.  Mr. Gyles is to attend the viewing and funeral of his grandmother, Viola M. Fisher.  During the entire period of release, Mr. Gyles must remain in the presence and custody of Melvin Buford, an investigator employed by the Office of the Federal Defender.  If Mr. Gyles should absent himself from the presence and custody of Mr. Buford for any period of time, then Mr. Buford must immediately notify (1) the U.S. Marshal's Office for the Eastern District of California and (2) Assistant U.S. Attorney William S. Wong.

Dated:  May 25, 2005

　　　　　　　　　　　　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE